NUMBER 13-01-540-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


JESSE (JESUS) SOLIZ , Appellant,


v.


THE STATE OF TEXAS, Appellee.

_____________________________________________________________________


On appeal from the 28th District Court 

of Nueces County, Texas.

___________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, JESSE (JESUS) SOLIZ , attempted to perfect an appeal from an order denying writ of habeas corpus entered by
the 28th District Court of Nueces County, Texas, on June 22, 2001. Pursuant to Tex. R. App. P. 26.2(a)(1), the notice of
appeal was due to be filed on July 23, 2001 , but was not filed until August 7, 2001 . Said notice of appeal is untimely
filed. 

Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension of time for filing notice of appeal if such
notice is filed within fifteen days of the last day allowed and within the same period a motion is filed in the court of
appeals reasonably explaining the need for such extension. Appellant failed to file his notice of appeal and a motion
requesting an extension of time within such period. 

The Court, having considered the documents on file and appellant's failure to timely perfect his appeal, is of the opinion
that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 4th day of April, 2002 .